UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

STEVENSON PETIT,

                                             **20 CIV 428 (VSB)**

                Plaintiff,

-against-

THE DEPARTMENT OF EDUCATION
OF THE CITY OF NEW YORK,

                Defendant.
--------------------------------------------------------X

**PROPOSED JUDGMENT IN A CIVIL ACTION**

    In accordance with the offer of judgment and notice of acceptance thereof filed on June 10, 2020, (Docket No. 10 ) the plaintiff, Stevenson Petit shall have and recover from the defendant, the Department of Education of the City of New York, the sum for the total sum of ten thousand and one dollars ($10,001.00), plus reasonable attorneys' fees, expenses, and costs accrued.

**Dated: New York, New York**
          **June     , 2020**

                                                         _____
                                                          **U. S. D. J.**