UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

STEVENSON PETIT,

                                                  **20 CIV 428 (VSB)**

               Plaintiff,

-against-

THE DEPARTMENT OF EDUCATION
OF THE CITY OF NEW YORK,

               Defendant.

-------------------------------------------------------X

## ~~PROPOSED~~ JUDGMENT IN A CIVIL ACTION

In accordance with the offer of judgment and notice of acceptance thereof filed on

June 10, 2020, (Docket No. 10 )  the plaintiff, Stevenson Petit shall have and recover

from the defendant, the Department of Education of the City of New York, the sum for

the total sum of ten thousand and one dollars ($10,001.00), plus reasonable attorneys' fees,

expenses, and costs accrued.

**Dated:  New York, New York**
       **June 11, 2020**

Vernon S. Broderick
United States District Judge