UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

STEVENSON PETIT,

                      **20 CIV 428 (VSB)**

        Plaintiff,

-against-

THE DEPARTMENT OF EDUCATION
OF THE CITY OF NEW YORK,

        Defendant.

------------------------------------------------------X

## ~~PROPOSED~~ AMENDED JUDGMENT IN A CIVIL ACTION

In accordance with the judgment duly entered on June 11, 2020 (Docket No. 12) that the plaintiff, Stevenson Petit shall have and recover from the defendant, the Department of Education of the City of New York, against DOE for the total sum of ten thousand and one dollars ($10,001.00), plus reasonable attorneys' fees, expenses and costs accrued, and the notice of settlement of the attorney fees entered on June 22, 2020, (Docket No. 13), the judgment (Docket No. 12) is amended as follows, plaintiff shall recover the sum of ten thousand and one dollars ($10,001.00), payable to Stevenson Petit plus reasonable attorneys' fees, expenses, and costs accrued in the amount of $29,248.00 payable to Stewart Lee Karlin Law Group, PC as attorneys for Stevenson Petit.

**Dated: New York, New York**
        **June** 22, **2020**

_Vernon Broderick_
Vernon S. Broderick
United States District Judge

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

STEVENSON PETIT,

                Plaintiff,

-against-

THE DEPARTMENT OF EDUCATION
OF THE CITY OF NEW YORK,

                Defendant.
-------------------------------------------------------X

20 CIV 428 (VSB)

## NOTICE OF SETTLEMENT OF ATTORNEY FEES, COSTS AND EXPENSES AWARDED IN A JUDGMENT

**PLEASE TAKE NOTICE** that in accordance with judgment duly entered by the Court ( Docket No. 12) that the plaintiff, Stevenson Petit shall have and recover from the defendant, the Department of Education of the City of New York, the sum for the total sum of ten thousand and one dollars ($10,001.00), plus reasonable attorneys' fees, expenses, and costs accrued that the parties have settled the attorney fees, expenses and costs for $29, 248.00. in accordance with the duly entered judgment.

Dated: New York, New York
       June 22, 2020

STEWART LEE KARLIN
LAW GROUP, P.C.

 s/ Stewart Lee Karlin
STEWART LEE KARLIN, ESQ.
*Attorney for Plaintiff*
111 John St., 22nd Floor
New York, NY 10038
(212) 792-9670
slk@stewartkarlin.com

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

STEVENSON PETIT,

                                          **20 CIV 428 (VSB)**

        Plaintiff,

-against-

THE DEPARTMENT OF EDUCATION
OF THE CITY OF NEW YORK,

        Defendant.

--------------------------------------------------------X

## ~~PROPOSED~~ JUDGMENT IN A CIVIL ACTION

In accordance with the offer of judgment and notice of acceptance thereof filed on June 10, 2020, (Docket No. 10 ) the plaintiff, Stevenson Petit shall have and recover from the defendant, the Department of Education of the City of New York, the sum for the total sum of ten thousand and one dollars ($10,001.00), plus reasonable attorneys' fees, expenses, and costs accrued.

**Dated:  New York, New York**
       **June** 11**, 2020**

*Vernon Broderick* (signature)
Vernon S. Broderick
United States District Judge